No. 88–1359. TENLEY AND CLEVELAND PARK EMERGENCY COMMITTEE ET AL. v. DISTRICT OF COLUMBIA BOARD OF ZONING

ADJUSTMENT ET AL. Ct. App. D. C. Certiorari denied. 